# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132147

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ANDREW SCOTT TACKEBURY,
      Defendant-Appellant.

SC: 132147
COA: 270858
Saginaw CC: 97-014075-FC

_____/

On order of the Court, the application for leave to appeal the August 4, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

Clerk

p1120